
US00D496053S1

# (12) United States Design Patent
## Wetzel

(10) Patent No.: **US D496,053 S**
(45) Date of Patent: ∗∗ **Sep. 14, 2004**

(54) **HIGH-PROFILE REFRIGERATED FLORAL MERCHANDISER UNIT**

(75) Inventor: **Michael L. Wetzel**, Skaneateles, NY (US)

(73) Assignee: **Floratech, Division of Air Innovations, Inc.**, North Syracuse, NY (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/189,833**

(22) Filed: **Sep. 12, 2003**

(51) LOC (7) Cl. ................................... **15-07**
(52) U.S. Cl. ........................... **D15/79**; D6/471
(58) Field of Search ............. D15/79–88; D6/470–475; 312/114, 116, 140.1, 117, 119, 138.1, 139.2, 236; 62/444, 448, 457.1, 251

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D147,719 S | ∗ | 10/1947 | Carpenter | D6/472 |
| D209,722 S | ∗ | 12/1967 | Mangini | D6/471 |
| 4,608,776 A | ∗ | 9/1986 | Kooy | 47/58.1 R |
| D305,287 S | ∗ | 1/1990 | Thompson | D6/472 |
| D392,295 S | ∗ | 3/1998 | Johnson | D15/81 |
| D427,210 S | ∗ | 6/2000 | Tsukida | D15/83 |

∗ cited by examiner

*Primary Examiner*—Mitchell Siegel
(74) *Attorney, Agent, or Firm*—Bernhard P. Molldrem, Jr.

(57) **CLAIM**

The ornamental design for a high-profile refrigerated floral merchandiser unit, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a refrigerated floral merchandiser unit showing my new design. The shelves are shown in ghost and do not form a part of this design.
FIG. **2** is a top plan view thereof.
FIG. **3** is a front elevational view thereof; and,
FIG. **4** is a left side elevation thereof, the right side elevation being a mirror image.
The rear side and the bottom of the refrigerated floral display unit do not form a part of the design.

**1 Claim, 3 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4